```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

AARON RICE,

        Defendant.

16 Cr. 272(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that C.J.A. attorney Angus Bell, who previously represented the above-captioned defendant, is assigned to represent the defendant in the pending matter regarding violations of his supervised release.

**SO ORDERED.**

Dated:    February 28, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.