USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

AARON RICE,

        Defendant.

16 CR 272 (VM)

ORDER

**VICTOR MARRERO, U.S.D.J.:**

    A proceeding to address defendant Aaron Rice's violations of supervised release is scheduled for August 5, 2022, at 10:00 a.m. In light of the ongoing public health emergency, this conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: July 19, 2022
       New York, New York

                                    _____
                                      **VICTOR MARRERO**
                                         U.S.D.J.