**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/22
```

UNITED STATES OF AMERICA,

      -against-

AARON RICE,

      Defendant.

**16 CR 272 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    A proceeding to address defendant Aaron Rice's violations of supervised release is scheduled for August 26, 2022, at 11:00 a.m. In light of the ongoing public health emergency, this conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: August 15, 2022
      New York, New York

                                                         _____
                                                          VICTOR MARRERO
                                                             U.S.D.J.